UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMAR COLEMAN, #01378-039,

        Petitioner,

v.                                  CASE NO. 2:13-CV-12103

                                    HONORABLE STEPHEN J. MURPHY, III

UNITED STATES PAROLE COMMISSION,

        Respondent.
_____/

**ORDER DENYING MOTION TO COMPEL
AND REQUEST FOR RELEASE** (docket no. 9)

        This matter is before the Court on federal prisoner and habeas petitioner Lamar Coleman's motion to compel and request for release filed on July 30, 2013. The Court, however, denied his petition, denied a certificate of appealability, and denied leave to proceed *in forma pauperis* on appeal in an opinion and order dated May 31, 2013. Petitioner's motion is therefore moot.

        Moreover, the Court finds no reason to reconsider its prior decision. A motion for reconsideration which presents issues already ruled upon, either expressly or by reasonable implication, will not be granted. *Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the court has been misled or his burden of showing that a different disposition must result from a correction thereof as required by Local Rule 7.1(h)(3). He is not entitled to further action from Respondent or release from custody at this time.

**WHEREFORE** it is hereby **ORDERED** that petitioner's motion to compel and request for release (docket no. 9) is **DENIED**. This case is **CLOSED**.

**SO ORDERED**.

s/Stephen J. Murphy, III<br>
STEPHEN J. MURPHY, III<br>
United States District Judge

Dated: August 6, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record and on Lamar Coleman, #01378-039, FCI Milan, P.O. Box 1000, Milan, MI 48160 on August 6, 2013, by electronic and/or ordinary mail.

S/Marcia Beauchemin<br>
Case Manager